# IN THE UNITED STATES DISTRICT COURT

FOR THE ___Central___ DISTRICT OF ___Illinois___

___Peoria___ DIVISION

___Nicole Kemp___
#### Plaintiff

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO 28 U.S.C., SECTION 1331**

FILED

JUL 19 2021

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

VS.

___Warden Pekin Federal Prison___
___camp Segal___
#### Defendant

A. Have you begun other actions in Federal Court dealing with the same facts involved in this action?

Yes ☐    No ☒

B. If your answer to "A" is yes, describe the action in the spaces below. (If there is more than one action, describe the additional actions on the reverse side of the this.)

1. Parties to the action:_____

_____

2. Court (Federal Court and the district):_____

_____

3. Docket Number: _____

4. Name of judge to whom case was assigned:_____

_____

5. Disposition: (For Example, was the case dismissed? Was the case appealed? Is the case still pending?)_____

C. 1. Did you present the facts relating to your complaint in the Internal Prison Grievance procedure?

Yes ☒    No ☐

2. If your answer is Yes, what was the result? I was denied Medical treatment

3. If your answer is No, explain:

D.1. Did you present your claim to the Bureau of Prisons, or other Federal agency for administrative action?

Yes ☒    No ☐

2. If your answer is Yes, state the date such claim was submitted and what action, if any, has been taken.

3. If you claim has been acted upon, attach copies of any correspondence you have received from the Bureau of Prisons, or other Federal agency, concerning your claim.

E.1. Are you suing for a work-related injury?

Yes ☐    No ☒

2. If your answer is Yes, state the nature of the duties you were performing when the injury occurred.

**PARTIES**

(In item I, below, place your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

I. Name of Plaintiff: Nicole R Kemp   30330-047

Address of Plaintiff: PO BOX 5000 Pekin IL 61555
Pekin Federal Prison Camp

(In Item II, below, place the full name of the defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Use the additional spaces for names, positions, and places of employment for any other defendants.)

II. Defendant Segal is employed as Warden at Pekin Federal Correctional Institute

Defendant Doctor Maab is employed as Medical Doctor at Pekin Federal Correctional Institute

Defendant MRS Smith is employed as Physicians assistant at Pekin Federal Correctional Institute

Defendant MRS. STOLARZYK is employed as Head of medical at Pekin Federal Correctional Institute

Defendant_____ is employed as_____ at_____

Defendant_____ is employed as_____ at_____

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, the dates, and the places. Do not give any legal arguments, or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra pages, if necessary.)

In January 2020, I was approved to go see an outside specialist for a benign lipomatous neoplasm. The tumor has grown very large 19" cm x 2 is located on the lower left part of my back, and is extremely painful. This large tumor which protrudes under my left breast, causes an excessive amount of pain, and making it difficult to stand for more than 10 minutes. Normal prison life requires me to stand for periods longer than 10 minutes. I have to stand for more than 10 minutes on a daily basis during stand up count, pill line, meal time and other prison events. I have repeatedly reached out to Health service staff here at Pekin Correctional Institute, and have even utilized the prison grievence process and still have not gotten any relief. The response I have received from the Bureau has been that "The procedure is just routine, and due to modified covid operations, inmates are not being sent out for these procedures and make a request to medical for assistance." Other inmates at this facility, have been getting sent out

**RELIEF**

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

for routine procedures. On July 8th 2021, and July 12th 2021 various individuals have been sent out for routine procedures including mammograms, yet medical has shown a clear indifference toward my attempts at treatment an relief from this growing painful tumor. The clear indifference that I've been shown is a violation of my eighth amendment right to be free from cruel and unusual punishment as well as my fourteenth amendment right to Equal protection. Attached is documentation of the steps I've taken to get assistance.

Signed this ___14___ day of ___July    2021___.

Respectfully submitted,

_____
Signature of Plaintiff(s)

**DECLARATION**

I, ___Nicole Kemp___ hereby declare under penalty of perjury, pursuant to 18 U.S.C., Section 1001, that I have read and understand the information contained herein, and I swear this information is true and correct, to the best of my knowledge, this_____.

Executed at FCI, PEKIN. TAZWell coi PEKIN IL
Place, county, city and state

_____
Signature of Plaintiff(s)

Administrative Remedies
PEK 1330.18
January 5, 2017
Attachment A

## ATTEMPT AT INFORMAL RESOLUTION
(Request for Administrative Remedy)

Federal Bureau of Prisons Program Statement 1330.16, Administrative Remedy Program, dated December 31, 2007, requires that inmates shall informally present their complaint to staff and staff attempt to informally resolve any issue before an inmate files a Request for Administrative Remedy BP-229(13.) If an informal resolution cannot be met, the inmate will be given a BP-229(13) form.

Name: NICOLE KEMP  Reg No: 30230047  Date: NOV 3. 2020

TO BE COMPLETED BY INMATE:

1. State Nature of Problem: WENT TO SCK CALL FOR THE 3RD TIME FOR SOME SITUATION (VAG. DISCHARGE) FRANK. TOLD ME IVE BEEN ON LIST TO SEE THE PA SINCE BACK IN AUGUST

2. State what action or resolution expected. Be specific: MEDICAL ATTENTION THESE THINGS JUST DO NOT GO AWAY

TO BE COMPLETED BY STAFF:

Date and Time Review Completed by responsible Department: _____

3. Summary of Review: NO RESPONSE, ADVISED TO MOVE ON TO A BP-9.

Signature of Investigating Staff Member: _____

Date and Time BP8 Issued: 11-3-20/7:40A  Unit Team: _____
Date & Time Inmate Returned: 11-3-20/7:55A  Unit Team: _____
Date and Time BP-229(13) issued: _____
Unit Manager=s Signature: _____

Distribution:   (1)   If complaint is informally resolved, forward original, signed below and dated by inmate, to the Unit Team for filing.
                (2)   If Complaint is not informally resolved, forward original, signed, dated and answered above, to the Unit Management Team for disbursement.

On _____ , this issue was informally resolved. _____  _____
     (date)                                        Inmate Signature        Date

                                                  _____  _____
                                                  Staff Signature          Date

Part B – Response
Administrative Remedy- 1060516-F1 Kemp, Nicole 30330-047

This is in response to your Request for Administrative Remedy; dated December 11, 2020, wherein you request to be seen by your Mid-level Provider (MLP).

The ongoing COVID-19 epidemic has resulted in persistent and unpredictable changes in the provision of health care throughout the country as well as the local community. Bureau of Prisons (BOP) facilities have been profoundly affected. In order to follow current Centers for Disease Control (CDC) guidelines and guidance of Central Office to mitigate risk within the community, significant adaptations to medical services have been required.  As a result, the ability have the MLP go to the FPC on a regular basis for non-emergent evaluations and treatments was discontinued. At this time the MLP is seeing patients from the most urgent to least urgent.  In accordance with Program Statement 6031.04, Patient Care, the clinical care of inmates at Bureau of Prisons facilities is under direction of the Clinical Director (CD), who provides direct patient care and supervises other health care providers. If you feel your condition has worsened, please utilize sick call procedures.

Therefore, this response to your Request for Administrative Remedy is for informational purposes only.

If you are not satisfied with this response, you may appeal to the North Central Regional Director, North Central Regional Office, 400 State Avenue, Tower II, Suite 800, Kansas

Part B – Response
Administrative Remedy- 1060516-F1 Kemp, Nicole 30330-047

City, KS 66101. Your appeal must be received in the Regional Office within 20 days

from the date of this response.

F. Entzel, Warden

12-17-20

Date

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** VEMP NICOLE _____ 30330047 _____ K8 _____ PEKIN
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST**

WENT TO SICK CALL FOR 3RD TIME NOV 3 2020. FOR SAME SITUATION (VAGINAL DISCHARGE). FRANK TOLD ME IVE BEEN ON LIST TO SEE P.A. SINCE BACK IN AUGUST.

I WANT TO SEE MEDICAL ATTENTION FOR THIS ISSUE.

12-9-20
DATE                                    SIGNATURE OF REQUESTER

**Part B– RESPONSE**

RECEIVED
DEC 11 2020
Administrative Remedy Clerk's Office
FCI Pekin, IL

DATE                          WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**          CASE NUMBER: 1060516

                                        CASE NUMBER: 1060516

**Part C– RECEIPT**

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE                          RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP–229(13)
APRIL 1982

**U.S. Department of Justice**

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: KEMP, NICOLE, R          30330-047    KANSAS    FPC PEKIN
_____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL**

IVE BEEN WAITING TO SEE A P.A. SINCE AUGUST 2020 ABOUT MY VAGINAL DISCHARGE. I UNDERSTAND WE ARE IN MIDDLE OF PANDEMIC BUT WE ARE ALL CONSIDERED RECOVERED ON THE CAMP. SO THERE SHOULD NO REASON WHY WE CANT RECIEVE MEDICAL CARE. THESE THINGS JUST DONT GO AWAY AND I NEED MEDICAL ATTENTION FOR THIS ISSUE. IF THE P.A. IS UNABLE TO TEND TO MY NEEDS, THEN I SHOULD HAVE BEEN SENT OUT NOT IGNORED.

1/11/21
_____    _____
DATE               SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
JAN 22 2021

_____    _____
DATE               REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE          CASE NUMBER: _____

**Part C - RECEIPT**

CASE NUMBER: 1060516-R1

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    _____
DATE               SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN                                              BP-230(13)
                                                     JUNE 2002

Part B – Response
Administrative Remedy- 1065102-F1 Kemp 30330-047

This is in response to your Request for Administrative Remedy, dated January 15, 2021
wherein you request a reason you have not been seen by the outside specialist for your
lipoma.

A review of your medical record reveals you have been approved to be seen by an
outside specialist, however, BOP gave us guidance during the Covid 19 modified
operations and routine/non-urgent care may be delayed.  Your condition is routine and
will be scheduled as such. If you feel as if your condition is worsening, please utilize the
proper sick call procedures.

Therefore, this response to your Request for Administrative Remedy is for informational
purposes only.

If you are not satisfied with this response, you may appeal to the North Central Regional
Director, North Central Regional Office, 400 State Avenue, Tower II, Suite 800, Kansas
City, KS 66101.  Your appeal must be received in the Regional Office within 20 days
from the date of this response.

F. Entzel, Warden

_1-21-21_
Date

**U. S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy Appeal**
**Part B - Response**

**Administrative Remedy Number**: 1060516-R1

This is in response to your Regional Administrative Remedy Appeal received on January 22, 2021. You allege you have been denied medical treatment.   You do not make a formal request for relief.

We have reviewed the documentation related to your appeal.   Based on this review, we concur with the manner in which the Warden addressed your concerns.   You have consistently been provided timely and appropriate medical care in accordance with Program Statement 6031.04, Patient Care. A review of your electronic medical record indicates you were evaluated on March 17, 2021, for sick call complaints of vaginal discharge.   The mid-level performed a pap smear and sent this off for testing.   Results are still pending at this time.   If your condition worsens, you may sign up for sick call and be re-evaluated.   Given this, we shall defer diagnostic and treatment interventions to the Health Services staff at the local level.

Based on these findings, this response to your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534.   Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

3-24-2021
Date

Barb von Blanckensee, Regional Director

**U. S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy Appeal**
**Part B - Response**

**Administrative Remedy Number**: 1065102-R1

This is in response to your Regional Administrative Remedy Appeal received on February 17, 2021. You allege you have been denied medical treatment.   For relief, you request medical attention.

We have reviewed the documentation related to your appeal.   Based on this review, we concur with the manner in which the Warden addressed your concerns.   You have consistently been provided timely and appropriate medical care in accordance with Program Statement 6031.04, <u>Patient Care</u>. A review of your electronic medical record indicates you were approved to see general surgery for a lipoma on your lower back.   Due to COVID-19, the Bureau of Prisons has implemented contingency plans for the safety of all individuals with regards to outside consultant appointments.   The Health Services Department will continue to monitor your medical needs.   If your condition worsens, you may sign up for sick call and be re-evaluated.   Given this, we shall defer diagnostic and treatment interventions to the Health Services staff at the local level.

Based on these findings, this response to your Regional Administrative Remedy Appeal is for informational purposes only.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534.   Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

4-2-2021
Date

Barb von Blanckensee, Regional Director

**U.S. Department of Justice**                    **Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: __VEMP, NICOLE, R__    __30360047__    __KS__    __PEKIN CAMP__
　　　　LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　　UNIT　　　INSTITUTION

**Part A - REASON FOR APPEAL**

THE LIPOMA IN MY BACK HAS GROWN TO MY FRONT. I WENT TO HOSPITAL MARCH 11, 2021 THE HOSPITAL SAID THEY COULDN'T TREAT ME FOR IT ONLY FOR WHAT I CAME IN FOR DIZZINESS THEY TOOK EXRAY MADE SURE WASN'T TOUCHING MY SPINE CALLED IT A "WALL MASS" AND THAT ITS VERY HUGE. ALL I WANT IS TO GO TO THE SPECIALIST I WAS APPROVED TO SEE JANUARY OF 2020 SO I KNOW WHAT THE SEVERITY OF THIS IS. THIS FACILITY HAS BEEN GOING TO OUT SIDE APPS. FOR MONTHS SO I DON'T UNDERSTAND WHY I CAN'T GO TO MINE!

　　　DATE　　　　　　　　　　　　　　　　　SIGNATURE OF REQUESTER

**Part B - RESPONSE**

4/27/21

RECEIVED

MAY 0 5 2021

Administrative Remedy Section
Federal Bureau of Prisons

_____    _____
　　　　DATE　　　　　　　　　　　　　　　　GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE            CASE NUMBER: __1065102-A1__

**Part C - RECEIPT**

　　　　　　　　　　　　　　　　　　　　　CASE NUMBER: _____

Return to: _____
　　　　　　LAST NAME, FIRST, MIDDLE INITIAL　　REG. NO.　　UNIT　　INSTITUTION

SUBJECT: _____

_____    _____
　　　　DATE　　　　　　　　　SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)

**Administrative Remedy No. 1065102-A1**
**Part B - Response**


This is in response to your Central Office Administrative Remedy
Appeal wherein you allege you are being denied medical treatment
for a lipoma you contend is growing to your front.  For relief,
you request to see a specialist for treatment of your lipoma.

We have reviewed documentation relevant to your appeal and,
based on our findings, concur with the manner in which the
Warden and Regional Director responded to your concerns at the
time of your Request for Administrative Remedy and subsequent
appeal.  Our succeeding review of your medical record reveals
you were diagnosed as having a lipoma measuring 7 cm x 2 cm on
your left lower back.  Lipomas are benign fatty growths that are
typically only removed if benefits outweigh risks.  You are
currently approved to be evaluated by a general surgeon;
however, due to the benign nature of the lipoma, this
consultation is considered routine.  Your condition will
continue to be monitored, and if needed, your consultation will
be appropriately adjusted.  Based on this information, we find
no evidence to support your allegation of a denial of medical
treatment and we shall defer treatment decisions regarding this
matter to that which is provided by Health Services staff at the
local level.

The record reflects you have received medical care and treatment
in accordance with evidence based standard of care and within
the scope of services of the Federal Bureau of Prisons.  You are
encouraged to comply with proposed medical treatment so Health
Services can continue to provide essential care and to contact
medical personnel through routine sick call procedures should
your condition change.

Considering the foregoing, this response is provided for
informational purposes only.


_____6 | 11 | 21_____
Date

_____
Ian Connors, Administrator
National Inmate Appeals

# AFTER VISIT SUMMARY



**Nicole R. Kemp**  MRN: 08391504

📅 3/11/2021   📍 OSF HealthCare Saint Francis Medical Center Emergency Dept 309-655-2000

## Instructions

Return if worse in any way at all.
Call Dr Anderson for an appointment for further evaluation of your mass on your back and chest.

 **Follow up with Richard C Anderson, MD in 1 week (around 3/18/2021)**
Specialty: General Surgery
Contact: 1001 MAIN ST
STE 300
Peoria IL 61606
309-495-0200

 **Follow up with Richard C Anderson, MD**
Specialty: General Surgery
Contact: 1001 MAIN ST
STE 300
Peoria IL 61606
309-495-0200

 **Follow up with ASK OSF**
Contact: 5114 N Glen Park Pl
Peoria Illinois 61614-4686
888-627-5673

## Today's Visit

You were seen by Michael Nadair Daley, MD and BASSIL KHERALLAH, MD

**Reason for Visit**
Dizziness

**Diagnoses**
- Dizziness
- Chest wall mass

## 🖎 Lab Tests Completed
Blue Top Tube
CBC with Auto Differential
Comprehensive Metabolic Panel (Cmp)
Gray Top Tube
Hcg Beta Subunit, Quant
Lavender Top Tube performed 2 times
MINT GREEN, LI HEPARIN/SST TOP TUBE
Magnesium (Mg)
PHOSPHORUS (PO4)
URINALYSIS REFLEX IF INDICATED BY ABNORMAL RESULTS
Ur Pregnancy Test Qual performed 2 times

## 📖 Imaging Tests
CT HEAD OR BRAIN WO CONTRAST
EKG 12 LEAD
MRI BRAIN W/WO CONTRAST
XR CHEST 2 VIEWS

## ⚕ Medications Given
gadobenate dimeglumine Last given at 8:15 PM
HYDROcodone-acetaminophen (NORCO) Last given at 4:00 PM

## Your End of Visit Vitals


Blood Pressure
**158/100**


Temperature (Oral)
**98.8 °F**


Pulse
**91**


Respiration
**20**


Oxygen Saturation
**92%**

# What's Next
You currently have no upcoming appointments scheduled.

# You were seen by

TRULINCS 30330047 - KEMP, NICOLE RENEE - Unit: PEK-E-A

--------------------------------------------------------------------------------

FROM: 30330047
TO: Health Services
SUBJECT: ***Request to Staff*** KEMP, NICOLE, Reg# 30330047, PEK-E-A
DATE: 03/15/2021 06:55:10 AM

To: Dr. Moats
Inmate Work Assignment: kitchen

The lipoma in my stomach is causing me severe constant pain, ive been waiting to go to see specialist since last January this is just getting worse and the struggle on a daily is getting harder to deal with because of the pain. Thank you

NO RESPONSE

TRULINCS  30330047 - KEMP, NICOLE RENEE - Unit: PEK-E-A

---------------------------------------------------------------------------------------------------

FROM: 30330047
TO: Health Services
SUBJECT: ***Request to Staff*** KEMP, NICOLE, Reg# 30330047, PEK-E-A
DATE: 03/16/2021 09:40:40 AM

To: Dr Moats
Inmate Work Assignment: kitchen

Please I cant hardly eat anything without this Lipoma in my stomach causing me a lot pain! im struggling with this every minute
of the day seems like. i really need to go see someone about this. i was approved to see a specialist last January and i was
referred to go to see a surgeon when i came back form the hospital just the other day March 11 2021 for this issue. it protrudes
out my stomach, it started in my back so its obvious that its grown a great deal. Thank you

NO RESPONSE

TRULINCS  30330047 - KEMP, NICOLE RENEE - Unit: PEK-E-A

-------------------------------------------------------------------------------

FROM: 30330047
TO: Health Services
SUBJECT: ***Request to Staff*** KEMP, NICOLE, Reg# 30330047, PEK-E-A
DATE: 03/19/2021 10:23:58 AM

To: Mrs. S
Inmate Work Assignment: kitchen

I  have been trying to get to see the specialist i was approved to see last January for this giant mass or lipoma which ever you want to call it but its grown so large its causing me alot of constant pain i cant hardly eat anything sit or stand for too long cant bend down hardly and i struggle to do my job in the kitchen. i went to the hospital last thursday for tremors and dizziness and i feel like this thing is moving things around inside i also had a pap smear wednesday and the PA couldnt find my cervix which i thought this thing has probaly moved that too i was referred to a sugeon when i was at the hospital i just want to know if that appointment is goin to happen soon as im struggling everyday with this pain thank you

NORESPONSE

TRULINCS  30330047 - KEMP, NICOLE RENEE - Unit: PEK-E-A

---------------------------------------------------------------------------------

FROM: 30330047
TO: Warden
SUBJECT: ***Request to Staff*** KEMP, NICOLE, Reg# 30330047, PEK-E-A
DATE: 03/24/2021 10:10:49 AM

To: Mr Segal
Inmate Work Assignment: kitchen

Hello im trying to let someone know that im struggling with this Lipoma in my stomach which has grown to an enormous size and its causing me severe constant pain if i eat sit too long stand too long lift anything too heavy i struggle to do my job. but nobody is responding to me in any way and this is a serious issue! i went to the hospital on 3/11/21 and while i was there they took an eray to make sure that this wall mass in my stomach was not touching my spine because i believe that its grown so big that it might be moving things around that shouldn't be moved. the Dr at the hospital referred me to a surgeon as a follow up and I've still haven't heard anything. i asked Dr Moats about the appointment and he said he put it in sometime ago which im not sure if he's referring to the specialist i was approved to see last January 2020 or in the last 2 weeks of me going to the hospital. Im in pain and i need to see somone about this situation ive been begging for over a year what do i need to do to get some medical attention?? Thank you for your time

⇔30330-047⇔
Nicole Kemp
Federal Prison Camp
PO.BOX 5000.
Pekin, IL 61555
United States



CLERK OF COURT
100 NE. MONROE ST.
PEORIA. IL 61602