AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Nicole Kemp, <br> *Plaintiff* <br> v. <br> . Segal, . Moab, . Smith, and . Stolarzyk, <br> *Defendants* | ) <br> ) <br> ) Civil Action No. 21-1202 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: that Plaintiff, Nicole Kemp's, action against Defendants Segal, Moab, Smith, and Stolarzyk, is dismissed with prejudice; Plaintiff shall recover nothing on her claims against each of the named Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  James E. Shadid  pursuant to Order entered 10/25/2021.

Date:  10/25/2021

*CLERK OF COURT*

s/ Shig Yasunaga
*Signature of Clerk or Deputy Clerk*